JOSEPH GORDON, an Infant, by JOSEPH J. GORDON, His Guardian ad Litem, Respondent, v. JOSEPH I. GRADY, Appellant.— Judgment and order reversed and new trial granted, costs to abide the event, upon the ground that the

evidence of absence of contributory negligence is unsatisfactory. The case was tried and submitted to the jury upon the theory that the plaintiff was *sui juris*, and upon this theory the verdict acquitting him of contributory negligence is contrary to the evidence. Jenks, P. J., Thomas, Mills, Putnam and Kelly, JJ., concurred.